UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JOSEPH D'ANGELO, III, RICHARD ) <br> GILLESPIE, SHAWN HAGGERTY, ) <br> CHARITY LATIMER, KURT ) <br> MCLAUGHLIN TAMARA NEDLOUF, ) <br> LAUREN ROBERTS, and JOHN ) <br> THOMAS, II, ) <br> ) <br> Plaintiffs, ) <br> ) Case No. 1:15-cv-00371-LMM <br> v. ) <br> ) <br> ANTHEM, INC. and BLUE CROSS AND ) <br> BLUE SHIELD OF GEORGIA, INC., ) <br> ) <br> Defendants. ) | |

**CONSENT ORDER STAYING PROCEEDINGS PENDING RESOLUTION OF THE SECTION 1407 TRANSFER MOTION**

This matter comes before the Court on the Joint Motion to Stay Proceedings Pending Resolution of the Section 1407 Transfer Motion and the Memorandum of Law in Support [12]. The Court, being duly advised, hereby **GRANTS** the motion.

**IT IS HEREBY ORDERED THAT** this action and all deadlines are **STAYED** until the Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion for MDL centralization in In re Anthem, Inc. Customer Data Security Breach Litigation, MDL No. 2617 and either (a) a scheduling order is entered by the United States District Court to which the JPML transfers this case

governing further proceedings in this case, or (b) if centralization is denied, 21 days after the JPML acts.

In the interim, the Clerk is directed to **ADMINISTRATIVELY CLOSE**[1] this action. The parties are **DIRECTED** to petition the Court to reopen the matter following the occurrence of either of the above conditions, which would terminate the stay.

**SO ORDERED**, this 13th day of March, 2015.

*Leigh Martin May*
**Leigh Martin May**
**United States District Judge**

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.